JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY HALL,<br>    Plaintiff,<br><br>                v.<br><br>CITY OF LOS ANGELES, et al.,<br>    Defendants. | CV 23-3977 DSF (MARx)<br><br>Order Declining Supplemental Jurisdiction and Remanding Case |

    Plaintiff filed a complaint in state court alleging two state law tort causes of action against the City of Los Angeles, the Los Angeles Police Department, and the Bureau of Alcohol, Firearms, Tobacco, and Explosives (ATF).  The ATF removed due to its status as a federal agency.  The ATF has now been voluntarily dismissed.  Given that there has been no litigation so far in this Court, the Court finds that there is no reason to exercise supplemental jurisdiction over the remaining, non-diverse litigants.  See 28 U.S.C. § 1367(c)(3).

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.

Date: August 29, 2023

*Dale S. Fischer*
Dale S. Fischer
United States District Judge